**Order entered October 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00864-CV

## IN RE TRACY NIXON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-14691T**

## ORDER
Before Justices Osborne, Reichek, and Smith

Before the Court is relator's October 5, 2021 petition for writ of habeas corpus. Relator is a vexatious litigant subject to a prefiling order, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 11.101.(a), and he has failed to demonstrate that he has requested permission to file this petition. Additionally, in violation of Rule 9.9 of Texas Rules of Appellate Procedure, the petition and supporting appendix contain unredacted sensitive information including children's names, birthdates, and social security numbers. *See* TEX. R. APP. P. 9.9.

We **STRIKE** the petition and appendix and grant relator leave to re-file a petition and supporting appendix that complies with Rule 9.9 of the Texas Rules of Appellate Procedure only after permission to file has been obtained from the Local Administrative District Judge. *See* TEX. R. APP. P. 9.9.

We **ABATE** the cause to provide relator an opportunity to seek permission to file from the Local Administrative District Judge.

Further, we caution relator that failure to obtain such permission and to re-file a petition and supporting appendix as permitted by this order may result in the dismissal of this cause without further notice.

/s/     Craig Smith
CRAIG SMITH
JUSTICE